**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE: Steven Harris                        CHAPTER 13

Debtor(s)

BKY. NO. 16-12036 ELF

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

     Kindly enter my appearance on behalf of THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK, AS TRUSTEEFOR THE BENEFIT OF THE CERTIFICATEHOLDERS OF THE CWHEQ INC., HO ME EQUITY LOAN ASSET-BACKED CERTIFICATES, SERIES 2006-S3 and index same on the master mailing list.

                                              Respectfully submitted,

                                              /s/ Rebecca Solarz
                                              Rebecca Solarz
                                              18 Dec 2020, 13:57:56, EST

                                    KML Law Group, P.C.
                                    701 Market Street, Suite 5000
                                    Philadelphia, PA 19106-1532
                                    (215) 627-1322