Certificate Number: 15317-PAE-DE-035418821

Bankruptcy Case Number: 16-12036



15317-PAE-DE-035418821

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on March 2, 2021, at 5:58 o'clock PM PST, Steven Harris completed a course on personal financial management given by internet by Access Counseling, Inc., a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date:   March 2, 2021                By:   /s/Madelyn Kotb

                                      Name: Madelyn Kotb

                                      Title: Counselor