United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 16-12036-elf |
| Steven Harris | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 2 |
| Date Rcvd: Jun 14, 2021 | Form ID: pdf900 | Total Noticed: 2 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 16, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Steven Harris, 757 Magee Avenue, Philadelphia, PA 19111-4717 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | Jun 15 2021 00:50:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |

TOTAL: 1

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.
NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

| | | |
|---|---|---|
| Date: Jun 16, 2021 | Signature: | /s/Joseph Speetjens |

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 14, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| ANDREW L. SPIVACK | on behalf of Creditor Wells Fargo Bank  NA andrew.spivack@brockandscott.com, wbecf@brockandscott.com |
| CELINE P. DERKRIKORIAN | on behalf of Creditor BANK OF AMERICA  N.A. ecfmail@mwc-law.com |
| CELINE P. DERKRIKORIAN | on behalf of Creditor Bank of America  N.A. ecfmail@mwc-law.com |
| GEORGETTE MILLER | |

| District/off: 0313-2 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Jun 14, 2021 | Form ID: pdf900 | Total Noticed: 2 |

| | |
|---|---|
| | on behalf of Plaintiff Steven Harris jcarlson@margolisedelstein.com;mcon1@margolisedelstein.com;Miller.GeorgetteR50524@notify.bestcase.com;mlee@margolisedelstein.com;csmith@margolisedelstein.com |
| GEORGETTE MILLER | on behalf of Debtor Steven Harris jcarlson@margolisedelstein.com;mcon1@margolisedelstein.com;Miller.GeorgetteR50524@notify.bestcase.com;mlee@margolisedelstein.com;csmith@margolisedelstein.com |
| JAMES P. SHAY | on behalf of Creditor JPMorgan Chase Bank N.A. james.shay@phelanhallinan.com |
| JAMES P. SHAY | on behalf of Defendant Bank of New York Mellon et al... james.shay@phelanhallinan.com |
| JEROME B. BLANK | on behalf of Creditor Wells Fargo Bank  NA paeb@fedphe.com |
| JOSEPH ANGEO DESSOYE | on behalf of Creditor JPMorgan Chase Bank  National Association paeb@fedphe.com |
| JOSEPH ANGEO DESSOYE | on behalf of Creditor The Bank Of New York Mellon  FKA The Bank Of New York, et al. paeb@fedphe.com |
| MARIO J. HANYON | on behalf of Creditor JPMorgan Chase Bank N.A. wbecf@brockandscott.com  wbecf@brockandscott.com |
| MARIO J. HANYON | on behalf of Creditor Wells Fargo Bank  NA wbecf@brockandscott.com, wbecf@brockandscott.com |
| REBECCA ANN SOLARZ | on behalf of Creditor THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK  AS TRUSTEEFOR THE BENEFIT OF THE CERTIFICATEHOLDERS OF THE CWHEQ INC., HO ME EQUITY LOAN ASSET-BACKED CERTIFICATES, SERIES 2006-S3 bkgroup@kmllawgroup.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |
| WILLIAM C. MILLER, Esq. | ecfemails@ph13trustee.com  philaecf@gmail.com |
| WILLIAM C. MILLER, Esq. | on behalf of Creditor JPMorgan Chase Bank N.A. ecfemails@ph13trustee.com  philaecf@gmail.com |

TOTAL: 16

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **In re: Steven Harris** | : | Chapter 13 |
| | : | |
| **Debtor(s).** | : | Bankruptcy No. 16-12036 |

### ORDER TO ALLOW COUNSEL FEES

    **AND NOW,** upon consideration of the Application for Compensation ("the Application") filed by the Debtor(s) counsel ("the Applicant") and upon the Applicant's certification that proper service has been made on all interested parties and upon the Applicant's certification of no response.

    It is hereby **ORDERED** that:

1. The Application is **GRANTED.**
2. Compensation in the amount of $6833.00 and reimbursement of expenses in the amount of $567.00 are **ALLOWED** in favor of the Applicant.
3. The Chapter 13 trustee Chapter 13 is authorized to distribute to the Applicant the allowed compensation and reimbursement of expenses set forth in paragraph 2 above as an administrative expense pursuant to U.S.C. §1326(b), 11 U.S.C. §507, 11 U.S.C. §503(b) and 11 U.S.C. §330(a)(4)(B), less 350.00, which has been previously paid by the Debtor, to the extent such distribution is authorized under the terms of the confirmed Chapter 13 plan.

Date: 6/14/21

_____
**ERIC L. FRANK**
**U.S. BANKRUPTCY JUDGE**