UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA
PHILADELPHIA DIVISION

IN RE:                                                                              CASE NO.: 16-12036-elf
                                                                                            **CHAPTER 13**

**Steven Harris,**
   **Debtor.**

_____/

**NOTICE OF APPEARANCE AND REQUEST FOR NOTICE**

     **PLEASE TAKE NOTICE THAT** the undersigned hereby appears on behalf of Citibank, N.A., not in its individual capacity but solely as Owner Trustee of New Residential Mortgage Loan Trust 2019-RPL3 ("Secured Creditor"). Pursuant to Rule 2002 of the Federal Rules of Bankruptcy Procedure, the undersigned requests all notices given or required to be given and all papers required to be served in this case to creditors, any creditors committees, and any other parties-in-interest, be sent to and served upon the undersigned and the following be added to the Court's Master Mailing List:

**ROBERTSON, ANSCHUTZ, SCHNEID, CRANE & PARTNERS, PLLC**
**130 CLINTON RD #202**
**FAIRFIELD, NJ 07004**

                                                      Robertson, Anschutz, Schneid, Crane & Partners, PLLC
                                                      Authorized Agent for Secured Creditor
                                                      130 Clinton Rd #202
                                                      Fairfield, NJ 07004
                                                      Telephone: 470-321-7112

                                                      By: /s/Charles Wohlrab
                                                         Charles Wohlrab, Esq.
                                                         Email: CWohlrab@raslg.com

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on July 12, 2021, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, and a true and correct copy has been served via United States Mail to the following:

STEVEN HARRIS
757 MAGEE AVENUE
PHILADELPHIA, PA 19111

And via electronic mail to:

MARGOLIS EDELSTEIN
THE CURTIS CENTER
170 S. INDEPENDENCE MALL W
SUITE 400
PHILADELPHIA, PA 19106

WILLIAM C. MILLER, ESQ.
CHAPTER 13 TRUSTEE
P.O. BOX 1229
PHILADELPHIA, PA 19105

UNITED STATES TRUSTEE
OFFICE OF THE U.S. TRUSTEE
200 CHESTNUT STREET SUITE 502
PHILADELPHIA, PA 19106

By: /s/ Vincent Dodge