United States Bankruptcy Court

Eastern District of Pennsylvania

In re:  
Steven Harris  
Debtor

Case No. 16-12036-elf  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2     User: admin     Page 1 of 4  
Date Rcvd: Jul 16, 2021     Form ID: 138NEW     Total Noticed: 63

The following symbols are used throughout this certificate:  
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++    Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 18, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Steven Harris, 757 Magee Avenue, Philadelphia, PA 19111-4717 |
| cr | + | Citibank, N.A., Robertson, Anschutz, Schneid & Crane LLC, 10700 Abbotts Bridge Road, Suite 170, Duluth, GA 30097-8461 |
| cr | + | Old Republic Insurance Company c/o Republic Equity, 307 N. Michigan Avenue , 13th Fl., Chicago, Il 60601-5311 |
| cr | | U.S. Bank National Association, not in its individ, NewRez LLC DBA Shellpoint Mortgage Servi, PO BOX 10826, GREENVILLE, SC 29603-0826 |
| 13697273 | ++ | BANK OF AMERICA, PO BOX 982238, EL PASO TX 79998-2238 address filed with court:, Bk Of Amer, Po Box 982238, El Paso, TX 79998 |
| 13778541 | | Bank of America, N.A., P.O. Box 660933, Dallas, TX 75266-0933 |
| 13710902 | + | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 13697272 | + | Bk Of Amer, 4909 Savarese Cir, Tampa, FL 33634-2413 |
| 13697277 | + | Cap1/Seamn, 90 Christiana Rd, New Castle, DE 19720-3118 |
| 14622082 | + | Citibank, N.A., CHARLES GRIFFIN WOHLRAB, Robertson, Anschutz, Schneid, Crane, & Partners, PLLC, 10700 Abbott's Bridge Road, Ste 170 Duluth, GA 30097-8461 |
| 14621701 | + | Citibank, N.A., RASC, PLLC, 130 Clinton Road #202, Fairfield, NJ 07004-2927 |
| 13934100 | + | Old Republic Insurance Company, C/o Republic Equity Credit Services, 307 N. Michigan, 13th Fl.,, Chicago, IL 60601-5311 |
| 13734006 | + | Philadelphia gas Works, 800 W Montgomery Ave, Phila Pa 19122-2898, Attn: Bankruptcy Dept 3F |
| 13697289 | + | Police And Fire Fcu, 901 Arch St, Philadelphia, PA 19107-2495 |
| 14570512 | + | THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YO, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 13775864 | | The Bank Of New York Mellon, FKA The Bank et al., Bank Of America, N.A., Po Box 31785, Tampa FL, 33631-3785 |
| 14570707 | + | The Bank of New York Mellon, c/o REBECCA ANN SOLARZ, KML Law Group, P.C., 701 Market Street, Suite 5000 Philadelphia, PA 19106-1541 |
| 14341882 | + | U.S. Bank National Association, not in its individ, P.O. Box 10826, Greenville, SC 29603-0826 |
| 13697302 | ++ | WELLS FARGO BANK NA, WELLS FARGO HOME MORTGAGE AMERICAS SERVICING, ATTN BANKRUPTCY DEPT MAC X7801-014, 3476 STATEVIEW BLVD, FORT MILL SC 29715-7203 address filed with court:, Wells Fargo Hm Mortgag, 8480 Stagecoach Cir, Frederick, MD 21701 |
| 13739505 | + | WELLS FARGO BANK, N.A., MAC F8235-02F, PO BOX 10438, DES MOINES, IA 50306-0438 |
| 13697301 | + | Wells Fargo Bank Nv Na, Po Box 94435, Albuquerque, NM 87199-4435 |
| 14565733 | + | Wells Fargo Bank, N.A., Andrew Spivack, c/o Brock and Scott, PLLC, 302 Fellowship Road, Suite 130, Mount Laurel, NJ 08054-1218 |
| 14565788 | + | Wells Fargo Bank, N.A., c/o ANDREW L. SPIVACK, Brock & Scott, PLLC, 302 Fellowship Road, Suite 130 Mount Laurel, NJ 08054-1218 |
| 13779747 | | Wells Fargo Bank, NA, Default Documents Processing, N9286-01Y, 1000 Blue Gentian Road, Eagan, MN 55121-7700 |
| 13697303 | + | Wffinance, 800 Walnut St, Des Moines, IA 50309-3504 |
| 13758352 | | eCAST Settlement Corporation, PO Box 29262, New York NY 10087-9262 |

TOTAL: 26

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Jul 16 2021 23:32:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jul 16 2021 23:32:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | Jul 16 2021 23:32:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., |

Case 16-12036-elf   Doc 97   Filed 07/18/21   Entered 07/19/21 00:40:25   Desc Imaged
                         Certificate of Notice   Page 2 of 5

| District/off: 0313-2 | User: admin | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Jul 16, 2021 | Form ID: 138NEW | Total Noticed: 63 |

| Recip ID | Notice Method | Date/Time | Recipient |
|---|---|---|---|
| | | | Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| 13755010 | Email/PDF: EBN_AIS@AMERICANINFOSOURCE.COM | Jul 17 2021 01:35:44 | American InfoSource LP as agent for, Verizon, PO Box 248838, Oklahoma City, OK 73124-8838 |
| 13697278 | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Jul 17 2021 00:14:20 | Capital One Bank Usa N, 15000 Capital One Dr, Richmond, VA 23238 |
| 13784184 | Email/Text: megan.harper@phila.gov | Jul 16 2021 23:32:00 | City of Philadelphia, Law Department Tax Unit, Bankruptcy Group, MSB, 1401 John F. Kennedy Blvd., 5th Floor, Philadelphia, PA 19102-1595 |
| 13697274 | + Email/PDF: AIS.cocard.ebn@americaninfosource.com | Jul 17 2021 00:02:17 | Cap1/Berpl, 90 Christiana Rd, New Castle, DE 19720-3118 |
| 13697275 | + Email/PDF: AIS.cocard.ebn@americaninfosource.com | Jul 17 2021 00:02:23 | Cap1/Bstby, Po Box 5253, Carol Stream, IL 60197-5253 |
| 13697276 | + Email/PDF: AIS.cocard.ebn@americaninfosource.com | Jul 17 2021 00:02:23 | Cap1/Levtz, 90 Christiana Rd, New Castle, DE 19720-3118 |
| 13714964 | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Jul 17 2021 00:02:28 | Capital One Bank (USA), N.A., PO Box 71083, Charlotte, NC 28272-1083 |
| 13697279 | + Email/PDF: Citi.BNC.Correspondence@citi.com | Jul 16 2021 23:35:39 | Cbna, Po Box 6497, Sioux Falls, SD 57117-6497 |
| 13697281 | + Email/PDF: Citi.BNC.Correspondence@citi.com | Jul 16 2021 23:35:38 | Citi, Po Box 6241, Sioux Falls, SD 57117-6241 |
| 13697282 | + Email/PDF: Citi.BNC.Correspondence@citi.com | Jul 16 2021 23:35:32 | Citimortgage Inc, Po Box 9438, Gaithersburg, MD 20898-9438 |
| 13697283 | + Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jul 16 2021 23:32:00 | Comenitycapital/Overst, Po Box 182120, Columbus, OH 43218-2120 |
| 13697284 | + Email/PDF: creditonebknotifications@resurgent.com | Jul 16 2021 23:35:30 | Credit One Bank Na, Po Box 98875, Las Vegas, NV 89193-8875 |
| 13697280 | Email/PDF: ais.chase.ebn@americaninfosource.com | Jul 17 2021 00:02:28 | Chase Card, Po Box 15298, Wilmington, DE 19850 |
| 13790323 | Email/PDF: ais.chase.ebn@americaninfosource.com | Jul 17 2021 00:02:21 | JPMORGAN CHASE BANK, NA, CHASE RECORDS CENTER, ATTN: CORRESPODENCE MAIL, MAIL CODE LA4-5555, 700 KANSAS LANE, MONROE, LA 71203 |
| 13697286 | Email/PDF: ais.chase.ebn@americaninfosource.com | Jul 17 2021 00:02:17 | Jpm Chase, Po Box 24696, Columbus, OH 43224 |
| 13697285 | + Email/Text: BKRMailOPS@weltman.com | Jul 16 2021 23:32:00 | Jared-Galleria Of Jwlr, 375 Ghent Rd, Fairlawn, OH 44333-4601 |
| 13697287 | + Email/Text: BKRMailOPS@weltman.com | Jul 16 2021 23:32:00 | Kay Jewelers, 375 Ghent Rd, Fairlawn, OH 44333-4600 |
| 13749582 | Email/PDF: resurgentbknotifications@resurgent.com | Jul 16 2021 23:35:32 | LVNV Funding, LLC its successors and assigns as, assignee of FNBM, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 13707989 | + Email/Text: bankruptcydpt@mcmcg.com | Jul 16 2021 23:32:00 | MIDLAND FUNDING LLC, PO BOX 2011, WARREN, MI 48090-2011 |
| 13697288 | + Email/Text: bankruptcydpt@mcmcg.com | Jul 16 2021 23:32:00 | Midland Funding, 2365 Northside Dr Ste 30, San Diego, CA 92108-2709 |
| 13723677 | Email/Text: ebn_bkrt_forms@salliemae.com | Jul 16 2021 23:32:00 | Sallie Mae, P.O. Box 3319, Wilmington, DE 19804-4319 |
| 13697290 | + Email/Text: ebn_bkrt_forms@salliemae.com | Jul 16 2021 23:32:00 | Sallie Mae, 300 Continental Dr, Newark, DE 19713-4322 |
| 13697291 | + Email/PDF: Citi.BNC.Correspondence@citi.com | Jul 16 2021 23:35:38 | Sears/Cbna, Po Box 6282, Sioux Falls, SD 57117-6282 |
| 13697292 | + Email/PDF: gecsedi@recoverycorp.com | | |

| Recip ID | | Notice Type | Date/Time | Recipient |
|---|---|---|---|---|
| | | | Jul 16 2021 23:35:35 | Syncb/Jcp, Po Box 965007, Orlando, FL 32896-5007 |
| 13697293 | + | Email/PDF: gecsedi@recoverycorp.com | Jul 16 2021 23:35:29 | Syncb/Lowes, Po Box 965005, Orlando, FL 32896-5005 |
| 13697294 | + | Email/PDF: gecsedi@recoverycorp.com | Jul 16 2021 23:35:29 | Syncb/Lowes Dc, Po Box 965005, Orlando, FL 32896-5005 |
| 13697295 | + | Email/PDF: gecsedi@recoverycorp.com | Jul 16 2021 23:35:29 | Syncb/Park West Galler, C/O Po Box 965036, Orlando, FL 32896-0001 |
| 13697296 | + | Email/PDF: gecsedi@recoverycorp.com | Jul 16 2021 23:35:29 | Syncb/Pc Richard, Po Box 965036, Orlando, FL 32896-5036 |
| 13697297 | + | Email/PDF: gecsedi@recoverycorp.com | Jul 16 2021 23:35:35 | Syncb/Ultra Jewelers, C/O Po Box 965036, Orlando, FL 32896-0001 |
| 13697298 | + | Email/PDF: gecsedi@recoverycorp.com | Jul 16 2021 23:35:22 | Syncb/Walmart, Po Box 965024, Orlando, FL 32896-5024 |
| 13817993 | + | Email/PDF: gecsedi@recoverycorp.com | Jul 16 2021 23:35:36 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk VA 23541-1021 |
| 13778977 | | Email/PDF: gecsedi@recoverycorp.com | Jul 16 2021 23:35:22 | Synchrony Bank, c/o Recovery Management Systems Corp, 25 SE 2nd Ave Suite 1120, Miami FL 33131-1605 |
| 13697299 | + | Email/Text: cbellotti@townecraft.com | Jul 16 2021 23:32:00 | Townecraft Inc, 1 De Boer Dr, Glen Rock, NJ 07452-3318 |
| 13697300 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Jul 16 2021 23:31:00 | Verizon, 500 Technology Dr Ste 30, Weldon Spring, MO 63304-2225 |

TOTAL: 37

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | * | BANK OF AMERICA, N.A., P.O. Box 660933, DALLAS, TX 75266-0933 |
| cr | * | BANK OF AMERICA, N.A., P.O. Box 660933, DALLAS, TX 75266-0933 |
| cr | * | ECAST Settlement Corporation, PO Box 29262, New York, NY 10087-9262 |
| cr | *+ | U.S. Bank National Association, not in its individ, P.O. Box 10826, Greenville, SC 29603-0826 |

TOTAL: 0 Undeliverable, 4 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 18, 2021   Signature:   /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 16, 2021 at the address(es) listed below:

District/off: 0313-2 | User: admin | Page 4 of 4
Date Rcvd: Jul 16, 2021 | Form ID: 138NEW | Total Noticed: 63

| Name | Email Address |
|---|---|
| ANDREW L. SPIVACK | on behalf of Creditor Wells Fargo Bank  NA andrew.spivack@brockandscott.com, wbecf@brockandscott.com |
| CELINE P. DERKRIKORIAN | on behalf of Creditor BANK OF AMERICA  N.A. ecfmail@mwc-law.com |
| CELINE P. DERKRIKORIAN | on behalf of Creditor Bank of America  N.A. ecfmail@mwc-law.com |
| CHARLES GRIFFIN WOHLRAB | on behalf of Creditor Citibank  N.A. cwohlrab@raslg.com |
| GEORGETTE MILLER | on behalf of Plaintiff Steven Harris jcarlson@margolisedelstein.com;mcon1@margolisedelstein.com;Miller.GeorgetteR50524@notify.bestcase.com;mlee@margolisedelstein.com;csmith@margolisedelstein.com |
| GEORGETTE MILLER | on behalf of Debtor Steven Harris jcarlson@margolisedelstein.com;mcon1@margolisedelstein.com;Miller.GeorgetteR50524@notify.bestcase.com;mlee@margolisedelstein.com;csmith@margolisedelstein.com |
| JAMES P. SHAY | on behalf of Creditor JPMorgan Chase Bank N.A. james.shay@phelanhallinan.com |
| JAMES P. SHAY | on behalf of Defendant Bank of New York Mellon  et al... james.shay@phelanhallinan.com |
| JEROME B. BLANK | on behalf of Creditor Wells Fargo Bank  NA paeb@fedphe.com |
| JOSEPH ANGEO DESSOYE | on behalf of Creditor The Bank Of New York Mellon  FKA The Bank Of New York, et al. paeb@fedphe.com |
| JOSEPH ANGEO DESSOYE | on behalf of Creditor JPMorgan Chase Bank  National Association paeb@fedphe.com |
| MARIO J. HANYON | on behalf of Creditor Wells Fargo Bank  NA wbecf@brockandscott.com, wbecf@brockandscott.com |
| MARIO J. HANYON | on behalf of Creditor JPMorgan Chase Bank N.A. wbecf@brockandscott.com  wbecf@brockandscott.com |
| REBECCA ANN SOLARZ | on behalf of Creditor THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK  AS TRUSTEEFOR THE BENEFIT OF THE CERTIFICATEHOLDERS OF THE CWHEQ INC., HO ME EQUITY LOAN ASSET-BACKED CERTIFICATES, SERIES 2006-S3 bkgroup@kmllawgroup.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |
| WILLIAM C. MILLER, Esq. | on behalf of Creditor JPMorgan Chase Bank N.A. ecfemails@ph13trustee.com  philaecf@gmail.com |
| WILLIAM C. MILLER, Esq. | ecfemails@ph13trustee.com  philaecf@gmail.com |

TOTAL: 17

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

_____

In Re: Steven Harris
       Debtor(s)                                           Bankruptcy No: 16−12036−elf
                                                                        Chapter: 13

_____

### NOTICE OF DEADLINES

To the debtor, debtor's counsel, trustee, and all creditors and parties in interest, NOTICE IS GIVEN THAT:

    1. The Standing Chapter 13 Trustee has filed his final report and account.

☑    2. Any objection to the Final Report and Account pursuant to Federal Rule 5009, must be filed **within 30 days from the date of this Notice** with the Clerk of the U.S. Bankruptcy Court.

☑    3. Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § 1328(h), must be filed in writing **within 14 days from the date of this Notice** with the Clerk of the U.S. Bankruptcy Court.

    4. All objections must be filed with the Clerk at the following address:

                                900 Market Street
                                    Suite 400
                               Philadelphia, PA 19107

    5. In the absence of any objection, the Court may approve the Trustee's Final Report and Account and enter the Order of Discharge.

                                                                         For The Court
                                                                Timothy B. McGrath
                                                                      Clerk of Court

Dated: 7/16/21

                                                                                                               95 − 94
                                                                                           Form 138_new