United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Steven Harris  
Debtor

Case No. 16-12036-elf  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2 — User: admin — Page 1 of 3  
Date Rcvd: Aug 06, 2021 — Form ID: 3180W — Total Noticed: 21

The following symbols are used throughout this certificate:  
**Symbol    Definition**

\+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 08, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Steven Harris, 757 Magee Avenue, Philadelphia, PA 19111-4717 |
| 13710902 | + | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 13934100 | + | Old Republic Insurance Company, C/o Republic Equity Credit Services, 307 N. Michigan, 13th Fl.,, Chicago, IL 60601-5311 |
| 13734006 | + | Philadelphia gas Works, 800 W Montgomery Ave, Phila Pa 19122-2898, Attn: Bankruptcy Dept 3F |
| 13697289 | + | Police And Fire Fcu, 901 Arch St, Philadelphia, PA 19107-2495 |
| 14341882 | + | U.S. Bank National Association, not in its individ, P.O. Box 10826, Greenville, SC 29603-0826 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Aug 06 2021 23:33:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | EDI: PENNDEPTREV | Aug 07 2021 03:33:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Aug 06 2021 23:32:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | Aug 06 2021 23:33:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| 13755010 | | EDI: AIS.COM | Aug 07 2021 03:33:00 | American InfoSource LP as agent for, Verizon, PO Box 248838, Oklahoma City, OK 73124-8838 |
| 13784184 | | Email/Text: megan.harper@phila.gov | Aug 06 2021 23:33:00 | City of Philadelphia, Law Department Tax Unit, Bankruptcy Group, MSB, 1401 John F. Kennedy Blvd., 5th Floor, Philadelphia, PA 19102-1595 |
| 13714964 | | EDI: CAPITALONE.COM | Aug 07 2021 03:33:00 | Capital One Bank (USA), N.A., PO Box 71083, Charlotte, NC 28272-1083 |
| 13790323 | | EDI: JPMORGANCHASE | Aug 07 2021 03:33:00 | JPMORGAN CHASE BANK, NA, CHASE RECORDS CENTER, ATTN: CORRESPODENCE MAIL, MAIL CODE LA4-5555, 700 KANSAS LANE, MONROE, LA 71203 |
| 13749582 | | Email/PDF: resurgentbknotifications@resurgent.com | Aug 06 2021 23:42:24 | LVNV Funding, LLC its successors and assigns as, assignee of FNBM, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 13707989 | + | EDI: MID8.COM | Aug 07 2021 03:33:00 | MIDLAND FUNDING LLC, PO BOX 2011, WARREN, MI 48090-2011 |
| 13723677 | | EDI: SALLIEMAEBANK.COM | Aug 07 2021 03:33:00 | Sallie Mae, P.O. Box 3319, Wilmington, DE 19804-4319 |
| 13778977 | | EDI: RMSC.COM | | |

| District/off: 0313-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Aug 06, 2021 | Form ID: 3180W | Total Noticed: 21 |

| | | | | |
|---|---|---|---|---|
| | | | Aug 07 2021 03:33:00 | Synchrony Bank, c/o Recovery Management Systems Corp, 25 SE 2nd Ave Suite 1120, Miami FL 33131-1605 |
| 13775864 | | EDI: BANKAMER.COM | Aug 07 2021 03:33:00 | The Bank Of New York Mellon, FKA The Bank et al., Bank Of America, N.A., Po Box 31785, Tampa FL, 33631-3785 |
| 13739505 | + | EDI: WFFC.COM | Aug 07 2021 03:33:00 | WELLS FARGO BANK, N.A., MAC F8235-02F, PO BOX 10438, DES MOINES, IA 50306-0438 |
| 13779747 | | EDI: WFFC.COM | Aug 07 2021 03:33:00 | Wells Fargo Bank, NA, Default Documents Processing, N9286-01Y, 1000 Blue Gentian Road, Eagan, MN 55121-7700 |
| 13758352 | | EDI: ECAST.COM | Aug 07 2021 03:33:00 | eCAST Settlement Corporation, PO Box 29262, New York NY 10087-9262 |

TOTAL: 16

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Aug 08, 2021        Signature:    /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 5, 2021 at the address(es) listed below:

**Name**     **Email Address**

ANDREW L. SPIVACK
on behalf of Creditor Wells Fargo Bank  NA andrew.spivack@brockandscott.com, wbecf@brockandscott.com

CELINE P. DERKRIKORIAN
on behalf of Creditor BANK OF AMERICA  N.A. ecfmail@mwc-law.com

CELINE P. DERKRIKORIAN
on behalf of Creditor Bank of America  N.A. ecfmail@mwc-law.com

CHARLES GRIFFIN WOHLRAB
on behalf of Creditor Citibank  N.A. cwohlrab@raslg.com

GEORGETTE MILLER
on behalf of Plaintiff Steven Harris
jcarlson@margolisedelstein.com;mcon1@margolisedelstein.com;Miller.GeorgetteR50524@notify.bestcase.com;mlee@margolisedelstein.com;csmith@margolisedelstein.com

GEORGETTE MILLER
on behalf of Debtor Steven Harris
jcarlson@margolisedelstein.com;mcon1@margolisedelstein.com;Miller.GeorgetteR50524@notify.bestcase.com;mlee@margolisedelstein.com;csmith@margolisedelstein.com

JAMES P. SHAY
on behalf of Creditor JPMorgan Chase Bank N.A. james.shay@phelanhallinan.com

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 3 of 3 |
| Date Rcvd: Aug 06, 2021 | Form ID: 3180W | Total Noticed: 21 |

JAMES P. SHAY
    on behalf of Defendant Bank of New York Mellon et al... james.shay@phelanhallinan.com

JEROME B. BLANK
    on behalf of Creditor Wells Fargo Bank NA paeb@fedphe.com

JOSEPH ANGEO DESSOYE
    on behalf of Creditor The Bank Of New York Mellon FKA The Bank Of New York, et al. paeb@fedphe.com

JOSEPH ANGEO DESSOYE
    on behalf of Creditor JPMorgan Chase Bank National Association paeb@fedphe.com

MARIO J. HANYON
    on behalf of Creditor Wells Fargo Bank NA wbecf@brockandscott.com, mario.hanyon@brockandscott.com

MARIO J. HANYON
    on behalf of Creditor JPMorgan Chase Bank N.A. wbecf@brockandscott.com mario.hanyon@brockandscott.com

REBECCA ANN SOLARZ
    on behalf of Creditor THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK AS TRUSTEE FOR THE BENEFIT OF THE CERTIFICATEHOLDERS OF THE CWHEQ INC., HOME EQUITY LOAN ASSET-BACKED CERTIFICATES, SERIES 2006-S3 bkgroup@kmllawgroup.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

WILLIAM C. MILLER, Esq.
    on behalf of Trustee WILLIAM C. MILLER Esq. ecfemails@ph13trustee.com, philaecf@gmail.com

WILLIAM C. MILLER, Esq.
    on behalf of Creditor JPMorgan Chase Bank N.A. ecfemails@ph13trustee.com philaecf@gmail.com

WILLIAM C. MILLER, Esq.
    ecfemails@ph13trustee.com philaecf@gmail.com

TOTAL: 18

**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | Steven Harris | Social Security number or ITIN   xxx–xx–5642 |
| | First Name   Middle Name   Last Name | EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN   _ _ _ _ <br> EIN   _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | Eastern District of Pennsylvania | |
| Case number: | 16–12036–elf | |

# Order of Discharge                                                                                                              12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

   Steven Harris

   8/5/21                                                                                  **By the court:** Eric L. Frank
                                                                                                         United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**
Examples of debts that are not discharged are:

   ♦ debts that are domestic support obligations;

   ♦ debts for most student loans;

   ♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

Form 3180W                                         **Chapter 13 Discharge**                                         page 1

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**