**Steven Harris**
**757 Magee Avenue**
**Philadelphia, PA. 19111**

NOV 26 2021

To Whom It May Concern,

I have a bankruptcy showing on my credit report. I asked the credit bureaus to validate the information and they claimed it was verified through you. **Can you please confirm or deny that your office reported this bankruptcy to the credit bureaus?**

I was not aware that the U.S. Courts report information to the credit bureaus. Please correct me if I am wrong.

I have enclosed a self-addressed stamped envelope for your convenience. Please send your response back to the above address.

Thank you,
Steven Harris