United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 16-12036-elf |
| Steven Harris | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 2 |
| Date Rcvd: Nov 30, 2021 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 02, 2021:**

**Recip ID**    **Recipient Name and Address**
db    + Steven Harris, 757 Magee Avenue, Philadelphia, PA 19111-4717

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 02, 2021        Signature:        /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 30, 2021 at the address(es) listed below:

**Name**    **Email Address**

ANDREW L. SPIVACK
    on behalf of Creditor Wells Fargo Bank  NA andrew.spivack@brockandscott.com, wbecf@brockandscott.com

CELINE P. DERKRIKORIAN
    on behalf of Creditor Bank of America  N.A. ecfmail@mwc-law.com

CELINE P. DERKRIKORIAN
    on behalf of Creditor BANK OF AMERICA  N.A. ecfmail@mwc-law.com

CHARLES GRIFFIN WOHLRAB
    on behalf of Creditor Citibank  N.A. cwohlrab@raslg.com

GEORGETTE MILLER
    on behalf of Debtor Steven Harris Miller.GeorgetteR50524@notify.bestcase.com;mlee@margolisedelstein.com

GEORGETTE MILLER
    on behalf of Plaintiff Steven Harris Miller.GeorgetteR50524@notify.bestcase.com;mlee@margolisedelstein.com

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 2 of 2 |
| Date Rcvd: Nov 30, 2021 | Form ID: pdf900 | Total Noticed: 1 |

JAMES P. SHAY
    on behalf of Creditor JPMorgan Chase Bank N.A. james.shay@phelanhallinan.com

JAMES P. SHAY
    on behalf of Defendant Bank of New York Mellon  et al... james.shay@phelanhallinan.com

JEROME B. BLANK
    on behalf of Creditor Wells Fargo Bank  NA paeb@fedphe.com

JOSEPH ANGEO DESSOYE
    on behalf of Creditor JPMorgan Chase Bank  National Association paeb@fedphe.com

JOSEPH ANGEO DESSOYE
    on behalf of Creditor The Bank Of New York Mellon  FKA The Bank Of New York, et al. paeb@fedphe.com

MARIO J. HANYON
    on behalf of Creditor JPMorgan Chase Bank N.A. wbecf@brockandscott.com  mario.hanyon@brockandscott.com

MARIO J. HANYON
    on behalf of Creditor Wells Fargo Bank  NA wbecf@brockandscott.com, mario.hanyon@brockandscott.com

REBECCA ANN SOLARZ
    on behalf of Creditor THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK  AS TRUSTEEFOR THE BENEFIT OF THE CERTIFICATEHOLDERS OF THE CWHEQ INC., HO ME EQUITY LOAN ASSET-BACKED CERTIFICATES, SERIES 2006-S3 bkgroup@kmllawgroup.com, rsolarz@kmllawgroup.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

WILLIAM C. MILLER, Esq.
    ecfemails@ph13trustee.com  philaecf@gmail.com

TOTAL: 16

| | | |
|---|---|---|
| Timothy B. McGrath<br>Clerk of Court | **UNITED STATES BANKRUPTCY COURT**<br>EASTERN DISTRICT OF PENNSYLVANIA<br>Robert N.C. Nix Building<br>900 MARKET STREET<br>Suite 400<br>PHILADELPHIA, PA  19107-4299 | Clerk's Office<br>Telephone<br>(215) 408-2800<br><br>Divisional Office<br>Suite 300 The Madison<br>400 Washington Street<br>Reading, PA 19601<br>(610) 320-5255 |

November 30, 2021

Steven Harris
757 Magee Ave.
Phila., PA 19111

Re:16-12036

Dear   Mr. Harris    ,

   This is in response to your recent letter regarding your credit report.  It is not the policy of the court to report to any credit agency, nor do we intercede with the removal of questionable reporting.

If you have any questions , you may contact us at 215-408-2800.

Very truly yours,

Timothy B. McGrath
Clerk of Court


BY:_____Randi J._____
            Deputy Clerk